IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-15

No. 259A20

Filed 12 March 2021

PAMELA LAUZIERE, Employee

v.

STANLEY MARTIN COMMUNITIES, LLC, Employer, and AMERICAN ZURICH
INSURANCE COMPANY, Carrier

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of
the Court of Appeals, 844 S.E.2d 9 (N.C. Ct. App. 2020), reversing and remanding an
opinion and award filed on 22 May 2018 by the North Carolina Industrial
Commission. Heard in the Supreme Court on 16 February 2021.

*Lennon, Camak & Bertics, PLLC, by S. Neal Camak and Michael W. Bertics,
for plaintiff-appellee.*

*Lewis & Roberts, P.L.L.C., by Bryan L. Cantley and Mallory E. Lidaka, for
defendant-appellants.*

PER CURIAM.

The Court of Appeals shall remand to the full Commission for further
consideration in accordance with 11 N.C. Admin. Code 23A.0704 (2020). The full
Commission shall review the award and as it deems necessary, reconsider the
evidence, receive further evidence, rehear the parties or their representatives, and, if
proper, amend the award.

AFFIRMED.

*Opinion of the Court*

Justice BERGER did not participate in the consideration or decision of this case.